478 A.2d 79

Commonwealth v. Silva, Appellant.

Petition for Allowance of Appeal
Denied Aug. 22, 1984.

Submitted May 4, 1984. David F. Wedge, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Judgment of sentence affirmed.